# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAMELA BARBEE

NO. 2021 KW 0233

**JUNE 7, 2021**

---

In Re:     Pamela Barbee, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           3454-M-2020.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT